UNITED STATES COURT FOR THE 5TH CIRCUIT IN THE SOUTHERN DISTRICT OF MISSISSIPPI.

Zorri N. Rush

V.

Open Arms Healthcare Center

3:18cv854-HTW-LRA

### CIVIL COMPLAINT



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 10 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

**I. PARTIES TO COMPLAINT**

    A. PLAINTIFF- Zorri N. Rush
        6912 Mount Vernon Rd
        Eupora, MS 39744
        6627531249
        zorrirush@hotmail.com

    B. DEFENDANT- Open Arms Healthcare Center
        805 East River Place
        Jackson, MS 39202
        (601) 500-7660

**II. JURISDICTION**

Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Defendants in this case are charged with denying services to an individual with disabilities in violation of the Americans with Disabilities acts.. The amount in controversy exceeds $75,000.

**III. STATEMENT OF CLAIM**

Defendant discharged plaintiff in this case for reasons related to mental health disabilities. The defendant did so in a medical capacity that prevented medical care and disrupted treatment plans for chronic lifelong health concerns. Defendant admit cause of action (discharge) was related to disabilities.

**IV. RELIEF**

    A. Issue a summons directing the defendant to appear before the court.

B. Order the defendant to submit a certified copy of the transcript and record, including evidence upon which the findings and decision to discharge patient are based.
C. Grant any further relief as may be just and proper under the circumstances of this case.

*Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.*

**Date of signing:** the 4th day of December 2018

**Signature of Plaintiff** _____

**Printed Name of Plaintiff** _____Zorri N. Rush_____